# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129368 & (78)(80)

BRUCE PIERSON and DAVID GAFFKA,
    Plaintiffs/Counterdefendants-
    Appellants/Cross-Appellees,

v

ANDRE AHERN,
    Defendant/Counterplaintiff/
    Third-Party Plaintiff-
    Appellee/Cross-Appellant,

and

TOKIO OGIHARA and OGIHARA AMERICA
CORPORATION,
    Third-Party Defendants-
    Cross-Appellees.
_____/

SC: 129368
COA: 260661
Livingston CC: 04-020828-CZ

      On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the July 19, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

d0406